IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 17-22588-JAD |
| | ) | |
| SUSAN G. GIBSON, | ) | CHAPTER 13 |
| | ) | |
|     Debtor. | ) | |
| | ) | |
| SUSAN G. GIBSON, | ) | |
| | ) | |
|     Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONDA WINNECOUR, Chapter 13 Trustee, | ) | |
| | ) | |
|     Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EXCUSE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Excuse Wage Attachment filed on September 22, 2017, Doc. No. 27, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Hearing Notice filed on September 22, 2017, Doc. No. 29, Responses to the Objection were to be filed and served no later than October 10, 2017.

It is hereby respectfully requested that the Proposed Order filed on September 22, 2017, Doc. No. 28 be entered by the Court.

Dated: October 13, 2017        /s/ Natasha C. Alejandro
                                                  NATASHA C. ALEJANDRO, ESQUIRE
                                                Pa. Id. No. 316860
                                                Attorney for Movants/Debtors

                                                BARTIFAY LAW OFFICES, P.C.
                                                3134 Lillian Avenue
                                                First Floor
                                                Murrysville, PA 15668
                                                (412) 824-4011
                                                nalejandro@bartifaylaw.com