**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | BANKR. NO. 17-22588-JAD |
| ) | |
| SUSAN G. GIBSON, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | Doc. # 28 |
| ) | |
| SUSAN G. GIBSON, ) | |
| ) | |
| Movant/Debtor, ) | |
| ) | |
| vs. ) | |
| ) | |
| RONDA WINNECOUR, Chapter 13 ) | FILED |
| Trustee, ) | 10/25/17 12:52 pm |
| ) | CLERK |
| Respondent. ) | U.S. BANKRUPTCY COURT - WDPA |

**ORDER EXCUSING WAGE ATTACHMENT**

AND NOW, this 25th day of Oct, 2017, upon consideration of the Motion to Excuse Wage Attachment of Movant/Debtor Susan G. Gibson, it is hereby ORDERED that said Motion is granted, that wage attachment is excused, and that Debtor shall pay the Chapter Trustee directly as provided by the Plan.

BY THE COURT:

_____
JEFFERY A. DELLER,
Chief Bankruptcy Judge

1

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Susan G. Gibson
    Debtor

Case No. 17-22588-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: amaz     Page 1 of 1     Date Rcvd: Oct 25, 2017
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.
db           +Susan G. Gibson,   137 Macek Dr.,   Pittsburgh, PA 15227-3640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:
          Glenn R. Bartifay    on behalf of Debtor Susan G. Gibson gbartifay@bartifaylaw.com,
           sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
          James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                          TOTAL: 5