Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Susan G. Gibson** <br> *Debtor(s)* | Case No. 17−22588−JAD <br> Chapter: 13 |
| Ditech Financial LLC <br> *Movant,* | |
| v. <br> Susan G. Gibson <br> *Respondent.* | Related to Claim No. 10 |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  July 24, 2018 .

THE NOTICE OF MORTGAGE PAYMENT CHANGE IS INCORRECTLY FILED; INCORRECT DEBTOR NAME AND CASE NUMBER LISTED.

Dated: July 10, 2018

Lylenn Fox
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-22588-JAD
Susan G. Gibson                                                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                  Page 1 of 1              Date Rcvd: Jul 10, 2018
                              Form ID: 128                Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db           +Susan G. Gibson,    137 Macek Dr.,    Pittsburgh, PA 15227-3640
aty          +Glenn R. Bartifay,    3134 Lillian Avenue,    First Floor,   Murrysville, PA 15668-1868
              Ta'Tisha Marie Ducre',    Ditech Financial LLC,    P.O. Box 6154,   Rapid City, SD 57709-6154

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              Glenn R. Bartifay    on behalf of Debtor Susan G. Gibson gbartifay@bartifaylaw.com,
               sfallat@bartifaylaw.com;jterek@bartifaylaw.com;nalejandro@bartifaylaw.com;gbartifay@yahoo.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5