# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Susan G. Gibson<br>　　　　　　　　　**Debtor(s)**<br><br>**Ditech Financial LLC**<br>　　　　　　　　　**Movant**<br>　　vs.<br><br>Susan G. Gibson<br>　　　　　　　　　**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>**Trustee** | BK NO. 17-22588 JAD<br><br>Chapter 13<br><br>Related to Claim No. 2 |

## AMENDED CERTIFICATE OF SERVICE OF
## Notice of Mortgage Payment Change

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on July 5, 2019, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Susan G. Gibson
137 Macek Drive
Pittsburgh, PA 15227

Attorney for Debtor(s)
Glenn R. Bartifay,, Esquire
3134 Lillian Avenue
First Floor
Murrysville, PA 15668

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: July 5, 2019

　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com