**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SUSAN G. GIBSON | Case No. 17-22588JAD |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>TCM BANK NA (TOTAL CARD MGMNT)<br>*++<br>Respondents | Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

TRUSTEE'S DISTRIBUTION HAS BEEN RETURNED BY THE POSTAL SERVICE AS UNDELIVERABLE.  NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| TCM BANK NA (TOTAL CARD MGMNT)*++<br>2701 N ROCKY POINT DR<br>STE 700<br>TAMPA, FL 33607 | Court claim# 3/Trustee CID# 13 |

The Movant further certifies that on 05/18/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SUSAN G. GIBSON, 137 MACEK DR., PITTSBURGH, PA  15227 | GLENN R BARTIFAY ESQ, 2009 MACKENZIE WAY STE 100, CRANBERRY TWP, PA  16066 |
| ORIGINAL CREDITOR: | : |
| TCM BANK NA (TOTAL CARD MGMNT) *++, 2701 N ROCKY POINT DR, STE 700, TAMPA, FL  33607 | TCM BANK NA, PO BOX 31537, TAMPA, FL  33631-3537 |
| NEW CREDITOR: | |