FILED
7/14/22 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-22588-JAD |
| Susan G. Gibson | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #___63___ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Susan G. Gibson | ) | |
| | ) | |
| Respondent(s) | ) | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on June 23, 2022 (document #60) is hereby WITHDRAWN. The hearing scheduled for July 20, 2022 is cancelled.

|  |  |
|---|---|
|  | Respectfully submitted |
| 7/14/2022 | /s/ Ronda J. Winnecour |
|  | Ronda J. Winnecour (PA I.D. #30399) |
|  | Attorney and Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | (412) 471-5566 |
|  | cmecf@chapter13trusteewdpa.com |

SO ORDERED THIS 14TH DAY OF JULY 2022

jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Susan G. Gibson  
    Debtor

Case No. 17-22588-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Jul 14, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan G. Gibson, 137 Macek Dr., Pittsburgh, PA 15227-3640 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| 14671380 | | Cap1/bstby, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14690127 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14675946 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14671381 | + | Scott Johnston, 2841 Josephine St., Pittsburgh, PA 15203-2502 |
| 14729414 | | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Jul 14 2022 23:29:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14716762 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jul 14 2022 23:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14649126 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 14 2022 23:29:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14724960 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2022 23:33:42 | CACH, LLC its successors and assigns as assignee, of Springleaf Financial Services, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14649130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 14 2022 23:30:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14649131 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 14 2022 23:30:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14649133 | + | Email/Text: psnyder@fcbanking.com | Jul 14 2022 23:30:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 14649129 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 14 2022 23:33:47 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15183853 | | Email/Text: mtgbk@shellpointmtg.com | Jul 14 2022 23:29:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14649134 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 14 2022 23:33:57 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14743687 | | Email/Text: bnc-quantum@quantum3group.com | Jul 14 2022 23:30:00 | Quantum3 Group LLC as agent for, MOMA |

Case 17-22588-JAD    Doc 65    Filed 07/16/22    Entered 07/17/22 00:25:09    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2022 | Form ID: pdf900 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14649135 | + | Email/Text: tcm.bk@tcmbank.com | Jul 14 2022 23:30:00 | TCM Bank NA, 2701 N Rocky Point Dr Ste 700, Tampa, FL 33607-5936 |
| 14649136 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 14 2022 23:29:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14649128 | | Cap1/bstby |
| 14649127 | ##+ | CACH LLC, 200 Cummings Center, Suite 173D, Beverly, MA 01915-6190 |
| 14649132 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 4 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2022                Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Susan G. Gibson gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6