Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Susan G. Gibson**
Debtor(s)

Bankruptcy Case No.: 17−22588−JAD

Chapter: 13
Docket No.: 70 − 69

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 3rd of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 11/28/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/7/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **11/28/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:   Case No. 17-22588-JAD
Susan G. Gibson   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: 408 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan G. Gibson, 137 Macek Dr., Pittsburgh, PA 15227-3640 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp. as serviced, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 14671380 | | Cap1/bstby, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14690127 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14675946 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14671381 | + | Scott Johnston, 2841 Josephine St., Pittsburgh, PA 15203-2502 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 04 2022 01:36:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14716762 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 04 2022 01:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14649126 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 04 2022 01:36:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14724960 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 01:38:50 | CACH, LLC its successors and assigns as assignee, of Springleaf Financial Services, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14649130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2022 01:36:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14649131 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 04 2022 01:46:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14649133 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 04 2022 01:36:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 14649129 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2022 01:39:28 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15183853 | | Email/Text: mtgbk@shellpointmtg.com | Oct 04 2022 01:36:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2022 01:39:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14649134 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2022 01:39:32 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14743687 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2022 01:36:00 | Quantum3 Group LLC as agent for, MOMA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14649135 | + | Email/Text: tcm.bk@tcmbank.com | Oct 04 2022 01:46:00 | TCM Bank NA, 2701 N Rocky Point Dr Ste 700, Tampa, FL 33607-5936 |
| 14729414 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 04 2022 01:36:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14649136 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 04 2022 01:36:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14649128 | | Cap1/bstby |
| 14649127 | ##+ | CACH LLC, 200 Cummings Center, Suite 173D, Beverly, MA 01915-6190 |
| 14649132 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 4 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2022        Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Glenn R. Bartifay
on behalf of Debtor Susan G. Gibson gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com

Joshua I. Goldman
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Preston D. Jaquish
on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Oct 03, 2022 Form ID: 408 Total Noticed: 22
TOTAL: 6