**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SUSAN G. GIBSON | Case No.:17-22588 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/24/2017 and confirmed on 9/25/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 182,461.38 |
| Less Refunds to Debtor | 1,456.50 | |
| TOTAL AMOUNT OF PLAN FUND | | 181,004.88 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,413.00 | |
|   Trustee Fee | 8,231.48 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,644.48 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 75,340.39 | 0.00 | 75,340.39 |
|     Acct: 3816 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 11,541.81 | 0.00 | 11,541.81 |
|     Acct: 1854 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 209.21 | 209.21 | 0.00 | 209.21 |
|     Acct: 1854 | | | | |
|   NEW RESIDENTIAL MORTGAGE LLC | 1,590.96 | 1,590.96 | 0.00 | 1,590.96 |
|     Acct: 3816 | | | | |
| | | | | 88,682.37 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUSAN G. GIBSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SUSAN G. GIBSON | 1,456.50 | 1,456.50 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GLENN R BARTIFAY ESQ | 3,413.00 | 3,413.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 7,582.73 | 3,200.93 | 0.00 | 3,200.93 |
|     Acct: 8323 | | | | |
|   CACH LLC-ASSIGNEE | 12,575.73 | 5,308.65 | 0.00 | 5,308.65 |
|     Acct: 0819 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,958.78 | 826.87 | 0.00 | 826.87 |
|     Acct: 7739 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8406 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 500.56 | 211.31 | 0.00 | 211.31 |
|     Acct: 5105 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |

17-22588 JAD                                                                                           Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0882 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 7,008.58 | 2,958.56 | 0.00 | 2,958.56 |
| Acct: 1957 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 6,769.84 | 2,857.78 | 0.00 | 2,857.78 |
| Acct: 3825 | | | | |
| TCM BANK NA (TOTAL CARD MGMNT)(*) | 511.21 | 215.80 | 0.00 | 215.80 |
| Acct: 0212 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 154,211.91 | 65,098.13 | 0.00 | 65,098.13 |
| Acct: 1161 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRESTON D JAQUISH ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SCOTT JOHNSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 80,678.03 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 169,360.40 |

TOTAL CLAIMED
PRIORITY             0.00
SECURED          1,800.17
UNSECURED      191,119.34

Date: 09/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   SUSAN G. GIBSON

           Debtor(s)

   Ronda J. Winnecour
           Movant
       vs.
   No Repondents.

Case No.:17-22588 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Susan G. Gibson  
    Debtor

Case No. 17-22588-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Oct 03, 2022     Form ID: pdf900     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan G. Gibson, 137 Macek Dr., Pittsburgh, PA 15227-3640 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp. as serviced, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 14671380 | | Cap1/bstby, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14690127 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14675946 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14671381 | + | Scott Johnston, 2841 Josephine St., Pittsburgh, PA 15203-2502 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 04 2022 01:36:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14716762 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 04 2022 01:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14649126 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 04 2022 01:36:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14724960 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 01:38:51 | CACH, LLC its successors and assigns as assignee, of Springleaf Financial Services, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14649130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 04 2022 01:36:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14649131 | + | Email/Text: bdsupport@creditmanagementcompany.com | Oct 04 2022 01:46:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14649133 | + | Email/Text: SAABankruptcy@fcbanking.com | Oct 04 2022 01:36:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 14649129 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 04 2022 01:40:11 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15183853 | | Email/Text: mtgbk@shellpointmtg.com | Oct 04 2022 01:36:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2022 01:39:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14649134 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 04 2022 01:40:16 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14743687 | | Email/Text: bnc-quantum@quantum3group.com | Oct 04 2022 01:36:00 | Quantum3 Group LLC as agent for, MOMA |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14649135 | + | Email/Text: tcm.bk@tcmbank.com | Oct 04 2022 01:46:00 | TCM Bank NA, 2701 N Rocky Point Dr Ste 700, Tampa, FL 33607-5936 |
| 14729414 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 04 2022 01:36:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14649136 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 04 2022 01:36:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14649128 | | Cap1/bstby |
| 14649127 | ##+ | CACH LLC, 200 Cummings Center, Suite 173D, Beverly, MA 01915-6190 |
| 14649132 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 4 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 05, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Susan G. Gibson gbartifay@bartifaylaw.com   sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 3 of 3
Date Rcvd: Oct 03, 2022 Form ID: pdf900 Total Noticed: 22
TOTAL: 6