**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

<span style="color:red">**DEFAULT O/E JAD**</span>

IN RE:

    SUSAN G. GIBSON

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

Case No.:17-22588 JAD

Chapter 13

Document No.:  69

FILED
11/29/22 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

  AND NOW, this _____29th_____ day of ____November____, 20 _22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf

U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-22588-JAD
Susan G. Gibson                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan G. Gibson, 137 Macek Dr., Pittsburgh, PA 15227-3640 |
| cr | + | First Commonwealth Bank, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1220 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp. as serviced, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 14671380 | | Cap1/bstby, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 14690127 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14675946 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14671381 | + | Scott Johnston, 2841 Josephine St., Pittsburgh, PA 15203-2502 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 30 2022 00:03:00 | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14716762 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 30 2022 00:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14649126 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 30 2022 00:03:00 | Bankamerica, Po Box 982238, El Paso, TX 79998-2238 |
| 14724960 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 30 2022 00:15:49 | CACH, LLC its successors and assigns as assignee, of Springleaf Financial Services, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14649130 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 30 2022 00:03:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14649131 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 30 2022 00:03:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14649133 | + | Email/Text: SAABankruptcy@fcbanking.com | Nov 30 2022 00:03:00 | First Commonwealth Ban, 22 North Sixth St, Indiana, PA 15701-1802 |
| 14649129 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 30 2022 00:05:20 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 15183853 | | Email/Text: mtgbk@shellpointmtg.com | Nov 30 2022 00:03:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14707749 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2022 00:05:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14649134 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 30 2022 00:05:35 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14743687 | | Email/Text: bnc-quantum@quantum3group.com | Nov 30 2022 00:03:00 | Quantum3 Group LLC as agent for, MOMA |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14649135 | + Email/Text: tcm.bk@tcmbank.com | Nov 30 2022 00:03:00 | TCM Bank NA, 2701 N Rocky Point Dr Ste 700, Tampa, FL 33607-5936 |
| 14729414 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 30 2022 00:03:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14649136 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Nov 30 2022 00:03:00 | Us Dept Of Ed/glelsi, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | J.P. Morgan Mortgage Acquisition Corp. |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| 14649128 | | Cap1/bstby |
| 14649127 | ##+ | CACH LLC, 200 Cummings Center, Suite 173D, Beverly, MA 01915-6190 |
| 14649132 | ## | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |

TOTAL: 4 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Susan G. Gibson gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Joshua I. Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Preston D. Jaquish | on behalf of Creditor First Commonwealth Bank pjaquish@lenderlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2    User: auto    Page 3 of 3
Date Rcvd: Nov 29, 2022    Form ID: pdf900    Total Noticed: 22
TOTAL: 6